**MARGARET DALEY, as Administratrix of the Estate of Barnwell Roy Daley, deceased, v. SALLY K. MAYO, unmarried.**

26 So. (2nd) 820                        June Term, 1946
July 19, 1946                            Division A

*Samuel Kassewitz,* and *P. Guy Crews,* for appellant.

*Evan T. Evans* and *Edwin C. Coffee,* for appellee.

PER CURIAM:

This appeal is from an order granting a new trial in a personal injury action. The record reveals no abuse of discretion, so the judgment is affirmed.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.